UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMY KOCHER, | ) |
| | ) NO.   CV-11-3021-WFN |
| Plaintiff, | ) |
| | ) |
| -vs- | ) ORDER |
| | ) |
| STARPLEX, d/b/a CROWD MANAGE-ENT SERVICES, and LIVE NATION WORLDWIDE, INC., | ) |
| | ) |
| Defendants. | ) |

Pending before the Court is the parties' Stipulated Motion for Protective Order. The Court has reviewed the file and motions and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The parties Stipulated Motion for Protective Order, filed May 4, 2011, **ECF No. 18**, is **GRANTED**.

2. The Motion to Expedite, filed May 4, 2011, **ECF No. 20**, is **GRANTED.** The underlying Motion was considered on an expedited basis.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 5th day of May, 2011.

05-05-11a

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER