UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| AMY KOCHER, | ) | |
|                 Plaintiff, | ) | NO.   CV-11-3021-WFN |
| -vs- | ) | ORDER |
| STARPLEX, d/b/a CROWD MANAGE-ENT SERVICES, and LIVE NATION WORLDWIDE, INC., | ) | |
|                 Defendants. | ) | |

Pending before the Court is the parties' Stipulated Motion for Amended Protective Order (ECF No. 36). The Court has reviewed the file and motions and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The parties' Stipulated Motion for Protective Order, filed October 5, 2011, **ECF No. 36**, is **GRANTED**.

2. Defendants' Motion to Expedite, filed October 5, 2011, **ECF No. 38**, is **GRANTED**. The underlying Motion was considered on an expedited basis.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 11th day of October, 2011.

                                              s/ Wm. Fremming Nielsen
                                           WM. FREMMING NIELSEN
10-05-11                             SENIOR UNITED STATES DISTRICT JUDGE

ORDER