UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMY KOCHER and THEODORE J. KOCHER, <br><br> Plaintiffs, <br><br> vs. <br><br> STARPLEX, dba CROWD MANAGEMENT SERVICES, and LIVE NATION WORLDWIDE, INC. <br><br> Defendants. | No. CV-11-3021-WFN <br><br> AMENDED PROTECTIVE ORDER |

This Amended Protective Order (hereinafter "Order") is entered pursuant to Federal Rule of Civil Procedure 26(c). The parties have stipulated and agreed, and the Court recognizes, that the parties and non-party witnesses to this action may possess private medical information and proprietary commercial information which is confidential and may be subject to discovery in this action, but which should not be made available to the public generally.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The parties may designate materials produced during discovery as "Confidential" pursuant to this Protective Order. All "Confidential" designations

1 must be based on the good faith belief that the information constitutes sensitive

2 private medical information or proprietary commercial information.

3     2.    Materials which are designated as "Confidential" will not be made

4 available, delivered, exhibited or disclosed to any person other than the Court,

5 court staff, the named parties, their counsel, counsel's staff and designated experts

6 and witnesses. Designated experts and witnesses will read and agree to be bound

7 by this Order by endorsing the following certification on a copy of this Order,

8 which will be forwarded by opposing counsel <u>before</u> the material is disclosed:

> I certify that I have received and read a copy of the Amended Protective Order (ECF No. ____) in the matter of *Amy Kocher and Theodore J. Kocher v. Starplex, dba Crowd Management Services, and Live Nationwide Worldwide, Inc., Case No. CV-11-3021-WFN, in the United States District Court, Eastern District of Washington.* I agree to be bound by it and I understand that I may be subject to contempt proceedings in United States District Court, Eastern District of Washington, if I violate it. I further understand that information designated as "Confidential" in this case, and any notes, memoranda or other form of information derived from it, may not be used, copied or disclosed by me to anyone else except in strict accordance with the Amended Protective Order and then only for the prosecution and defense of this litigation. The information I obtain by my involvement in this litigation shall be used for purposes of this litigation only and shall not be used for business, competitive or other purposes. I understand that such use may subject me to a civil action for injunctive relief and/or damages.
>
> Signed this _____ day of _____, 20__, at _____
>
> _____.
>
> _____
> Name:_____

    3.    Nothing contained in this Order shall prevent the use of materials designated as "Confidential" at trial, in motions or depositions, with the following

1  safeguards. If such confidential information is used in depositions, the parties shall
2  make arrangements with the court reporter to ensure that all portions of the
3  transcripts of such depositions and exhibits thereto which refer or relate to such
4  confidential information shall be bound separately and labeled as "Confidential
5  Information." In addition, the deponent will be advised that, pursuant to this Order,
6  he/she may not divulge any such confidential information except to the persons
7  entitled to it under paragraph 2, above.

8      4.    At the conclusion of this action, including any appeals, and after the
9  termination of litigation has become final, any party may request the return of all
10 documents labeled as "Confidential Information" that have been produced in this
11 litigation, except those filed with the Court. If such a request is made in writing,
12 the recipient of such request shall return the documents within sixty (60) days
13 from the date of the request.

14     Dated this <u>11th</u>day of <u>  October           </u>, 20<u> 11 </u>.

15

16

17                <u>s/ Wm. Fremming Nielsen</u>
                United States District Judge

18 I:\Spodocs\00327\00033\PLEAD\00959395.DOC

19

20

21

22

23

24 AMENDED PROTECTIVE ORDER - 3

*PAINE HAMBLEN LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*